THOMAS VULPIS, Appellant, v. PASQUALE BIFULCO, Respondent.— In an action to recover damages for personal injuries alleged to have been caused by negligence, plaintiff appeals from a judgment entered on the dismissal of the complaint at the close of his case. The evidence established that plaintiff had been requested by defendant to assist him in the preparation of certain pipes to be used by defendant in driving a well. While plaintiff was standing behind defendant, defendant, in attempting to release a chain wrench from a pipe, struck the wrench with a hammer, causing a chip to break off one of the teeth of the wrench and to fly into one of plaintiff's eyes. Judgment unanimously affirmed, with costs. (Cf. *Halverson* v. *562 West 149th St. Corp.,* 290 N. Y. 40.) Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See 285 App. Div. 831.]

## THIRD DEPARTMENT, DECEMBER, 1954.

### (December 2, 1954.)

CHARLES SCRIBNER, Appellant, v. JOSEPH R. COTTONE et al., Respondents, and MAYNARD W. SULLIVAN et al., Appellants. JOSEPH R. COTTONE et al., Third-Party Plaintiffs-Respondents, v. CARL VAN KEUREN, Third-Party Defendant-Appellant. MAYNARD W. SULLIVAN, Third-Party Plaintiff-Appellant, v. CARL VAN KEUREN, Third-Party Defendant-Appellant. MARY WARNER, Third-Party Plaintiff-Appellant, v. CARL VAN KEUREN, Third-Party Defendant-Appellant. EDGAR BUSH et al., Copartners Doing Business as BUSH & SNYDER, Third-Party Plaintiffs-Appellants, v. CARL VAN KEUREN, Third-Party Defendant-Appellant.— Motion to modify judgment, with respect to costs. Order and judgment should be entered in accordance with the memorandum including a single bill of costs in this court. In the event that a foreclosure sale should become necessary the usual costs in such an action may be taxed in the court below. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante,* p. 1007.]

### (December 16, 1954.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADOLPH MAURER, Appellant.— Application for leave to appeal as a poor person granted, provided an appeal has been timely taken. Since this proceeding is one in the nature of habeas corpus, the motion for assignment of counsel is denied. Assignment of counsel in civil matters is not ordinarily made. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.